

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2013

No. 04-13-00368-CV

**IN THE ESTATE OF ALVIDA MAE AGUILAR,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The appellants' briefs are due August 26, 2013. Appellants have filed an unopposed motion for a forty-five day extension of time to file their briefs. We **grant** the motion and order appellants' briefs due **October 10, 2013**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2013.

_____
Keith E. Hottle
Clerk of Court